COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-253-CV

MARY SEALS CHAPMAN, INDIVIDUALLY, APPELLANTS

AND EBONY JACKSON AS NEXT FRIEND 

OF MADISYN MCGLOTHIN, MINOR CHILD

V.

J.C. PENNEY CORPORATION, INC.
 APPELLEE

 
 

----------

FROM COUNTY COURT AT LAW NO. 2
 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss And Withdraw Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  March 11, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.